IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES WESLEY JOHNSON**                                                                **PLAINTIFF**

v.                                  **4:07-CV-00876-01-WRW**

**WESLEY T. JAMISON, III., et al**                                                     **DEFENDANTS**

**ORDER**

Pending are Defendants' Motions to Dismiss (Doc. Nos. 12, 15). Plaintiff has not responded and the time for doing so has passed.

Because the motions appear to be well-taken and Plaintiff has not responded, Defendants' Motions to Dismiss (Doc. Nos. 12, 15) are GRANTED. Accordingly, Defendants Jamison and CMS are DISMISSED.

As to the remaining Defendants, Plaintiff's claims and this case are dismissed for failure to prosecute.

IT IS SO ORDERED this 21st day of March, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE